No. 176, Misc.  HAYES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin* and *Acting Assistant Attorney General Oehmann* for the United States.

No. 177, Misc.  PETROLIA *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 182, Misc.  WORTH *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 188, Misc.  ARMPRIESTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 208, Misc.  WOOLSEY *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 209, Misc.  BAILEY *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 211, Misc.  PHILLIPS *v.* RANDOLPH, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 212, Misc.  WILSON, RELATOR AND BEST FRIEND OF JEFFERSON, *v.* DICKSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 216, Misc.  RUBY ET UX. *v.* BOWLUS.  Court of Appeals of Maryland.  Certiorari denied.